### AKIN *v.* JAUDON *et al.*

LUMPKIN, J. The petition, which was duly verified, showing that a trespass had been committed by tearing down the fence and exposing the growing crops of the plaintiff to injury from cattle, and a repetition thereof threatened, and insolvency of the defendants being alleged, and the allegations as to trespass being supported by evidence, in the absence of any counter-showing it was error to refuse an injunction.

*Judgment reversed. All the Justices concur.*

Argued November 18,—Decided December 21, 1905.

Petition for injunction. Before Judge Seabrook. Effingham superior court. June 24, 1905.

*Simon N. Gazan,* for plaintiff.

*William L. Gignilliat,* for defendants.